IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CR-341-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BILLY CHARLES BURGESS, ) | |
| ) | |
| Defendant. ) | |

On August 17, 2023, this court denied Billy Charles Burgess ("Burgess" or "defendant") motion for compassionate release [D.E. 123]. On August 25, 2023, Burgess filed a motion to supplement the record with additional medical records [D.E. 124]. On September 1, 2023, Burgess filed an appeal with United States Court of Appeals for the Fourth Circuit [D.E. 125] and the appeal remains pending. The motion to supplement the record with additional medical records [D.E. 124] is GRANTED.

SO ORDERED. This 23 day of October, 2023.

JAMES C. DEVER III
United States District Judge